# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAHE SAFARZADEH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITICORP NORTH AMERICA, INC.; CITICORP USA, INC.; and DOES 1 TO 100, INCLUSIVE,<br><br>　　　　Defendants. | No. 5:21-cv-01772-JAK-KK<br><br>**ORDER RE STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION (DKT. 10)**<br><br>**JS-6** |

Based on a review of the parties' Stipulation for Entry of Dismissal with Prejudice of Entire Action (the "Stipulation" (Dkt. 10)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Pursuant to Federal Rule of Civil Procedure 41(a), the above-captioned action is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: January 12, 2022

　　　　　　　　　　　　　　　　　　　　John A. Kronstadt
　　　　　　　　　　　　　　　　　　　　United States District Judge